IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERLYN RAY THREATS, AE-5305,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>P. BURTON, et al.,<br><br>                    Defendant(s). | No. C 15-2284 CRB (PR)<br><br>ORDER DISMISSING UNSERVED DEFENDANTS AND SETTING BRIEFING SCHEDULE |

On September 29, 2015, the court (Spero, M.J.) reviewed plaintiff's voluminous pro se prisoner complaint under 42 U.S.C. § 1983 alleging numerous different claims against numerous different defendants and, pursuant to 28 U.S.C. § 1915A(b) and Federal Rules of Civil Procedure 19 and 20, dismissed all claims and corresponding defendants with one exception – plaintiff's claim that Dr. P. Burton violated his federal rights by approving an order to medicate him and that correctional officers Reynolds and Williams violated his federal rights by failing to intervene when the medication was administered.  The court made clear that plaintiff could proceed only with that claim against Dr. Burton, Reynolds and Williams in this action and ordered the U.S. Marshal to serve them.  Although the court did not specify, its dismissal of plaintiff's other claims and corresponding defendants must be understood as a dismissal without prejudice to bringing the other different claims against different defendants in new and separate actions.

On January 5, 2016, the court (Spero, M.J.) noted that the U.S. Marshal is unable to serve Reynolds and Williams because San Quentin State Prison (SQSP) officials state that no one named Reynolds works for SQSP and that there are many persons named Williams who work there.  The court consequently ordered plaintiff to provide it with an accurate current location or other information for locating Reynolds and William on or before February 22, 2016.  The court warned plaintiff that failure to comply with its order in a timely basis would result in the dismissal without prejudice of Reynolds and Williams pursuant to Federal Rule of Civil Procedure 4(m).

On January 8, 2016, this case was reassigned to the undersigned.

Because plaintiff did not comply with the court's January 5, 2016 order, or even indicated that he needs more time to do so, Reynolds and Williams are DISMISSED without prejudice pursuant to Rule 4(m).  This action will proceed only with plaintiff's claim that Dr. P. Burton violated his federal rights by approving an order to medicate him.

In order to expedite these proceedings, defendant Burton is ordered to file a motion for summary judgment or other dispositive motion by no later than April 22, 2016.  Plaintiff shall file an opposition or notice of non-opposition to the motion within 28 days after the motion is served and filed, and defendant shall file a reply to any opposition within 14 days after the opposition is filed.

SO ORDERED.

DATED:  March 1, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.15\Threats, D.15-2284.or1.wpd